UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNDERWRITERS AT INTEREST,
LLOYDS a/s/o TRANSVALUE, INC.,

        Plaintiff,

-v-                                     No. 10 Civ. 497 (LTS)

RCX, INC.,

        Defendant.                        <u>ORDER</u>

-------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 8 APR 2010
```

       This matter having been commenced by the filing of a complaint on January 21, 2010, and the defendant having failed to interpose a timely answer to the complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, and the Court having determined that an investigation of the factual basis of the allegations of the complaint herein pursuant to Fed. R. Civ. P. 55(b)(2) is appropriate, it is hereby

       ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

       ORDERED, that such motion for default judgment must be served on the defendant and must be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that plaintiffs must serve a copy of this Order on defendant and file proof of such service within fourteen (14) days from the date hereof.

Dated: New York, New York
       April 8, 2010

                                                              LAURA TAYLOR SWAIN
                                                             United States District Judge

DEFPROVE.FRM    Version 4/8/10